IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, et al., | : | BK Case No. 18-10601 (MFW) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| Y MOVIE, LLC, Y THEATRICAL, LLC, YFE HOLDINGS, INC., 0A3, LLC, and RMF, LLC, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 19-675-MN |
| | : | BAP No. 19-23 |
| SPYGLASS MEDIA GROUP, LLC f/k/a LANTERN ENTERTAINMENT LLC), | : | |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **25th** day of **April, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties conferred and discussed mediation and agree there is no discernable middle ground in light of the nature of the dispute on appeal and do not believe that mediation would be useful in resolving this appeal.

The parties further proposed the following brief schedule:

| | |
|---|---|
| Appellants' Opening Brief | June 14, 2019 |
| Appellee's Answering Brief | July 15, 2019 |
| Appellants' Reply Brief | July 29, 2019 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request, no objections pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge